■ EILEEN AMRON, Respondent, v ALAN AMRON, Appellant.
[888 NYS2d 913]

Under the circumstances of this case, the Supreme Court providently exercised its discretion in granting the plaintiff's application for an attorney's fee, costs, and disbursements in the sum of $17,775. Rivera, J.P., Miller, Dickerson and Roman, JJ., concur.